# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **VERINT SYSTEMS INC., et al.,** | Case No. 2:13-cv-942 |
| Plaintiffs, | District Judge Watson |
| | Magistrate Judge King |
| v. | |
| **CALLCOPY, INC.,** | |
| Defendant. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), and pursuant to a Settlement Agreement between the parties, Plaintiffs Verint Systems Inc. and Verint Americas Inc. hereby dismiss their Second Amended Complaint against Defendant, CallCopy, Inc. without prejudice.

Dated:  April 15, 2014                        Respectfully submitted,


 /s/ John J. Haggerty

John J. Haggerty (0073572)
Fox Rothschild LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Telephone: 215.345.7500
Facsimile: 215.345.7507
E-Mail:  jhaggerty@foxrothschild.com

-and-

Joseph F. Posillico
(admitted pro hac vice)
Frank T. Carroll
(admitted pro hac vice)
Ryan N. Miller
(admitted pro hac vice)
2000 Market Street
Philadelphia PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
Email: jposillico@foxrothschild.com
      fcarroll@foxrothschild.com
      rmiller@foxrothschild.com

Attorneys for Plaintiffs
*Verint Systems Inc. and Verint Americas Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Dismissal Without Prejudice was filed and served *via* the United States District Court for the Southern District of Ohio's electronic filing system and is available for viewing and downloading by the following parties who have consented to such service:

Kevin W. Kirsch, Esquire
Jared A. Brandyberry, Esquire
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio  45202-4074

Dated: April 15, 2014                     **FOX ROTHSCHILD LLP**

/s/ John J. Haggerty

John J. Haggerty (0073572)
Fox Rothschild LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Telephone: 215.345.7500
Facsimile: 215.345.7507
E-Mail:  jhaggerty@foxrothschild.com

Attorneys for Plaintiffs

*Verint Systems Inc. and Verint Americas Inc.*